**Martha WATKINS, Plaintiff/Appellant,**

v.

**Esther WEISS, Robert Garrett and Betty Garrett, Defendants/Respondents.**

No. 68495.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 16, 1996.

John W. Hammon & Associates, John W. Hammon, Brian K. Hammon, Hillsboro, for appellant.

Randall D. Sherman, Hillsboro, for respondents.

Before PUDLOWSKI, P.J., and SIMON and HOFF, JJ.

*ORDER*

PER CURIAM.

Appellant appeals claiming the trial court erred in granting a summary judgment because there existed issue of material fact.

We have read the briefs, reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose would be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).